# DIVIDENDS REMITTED TO THE COURT
Check Number 3015 Dated 06/23/10
Case Number 09-22108 - Hill, Joey D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | 000010 | 411.47 | 4.01 |
| ---------- Remittance Total --------------- | | 411.47 | 4.01 |

*ok 3015*

_____
SHELDON STEIN, BANKRUPTCY TRUSTEE

2010 JUN 25 PM 1:22
NORTHERN DISTRICT OF OHIO
CLEVELAND